UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Willie Griffin

    v.   Case No. 25-cv-310-JL-AJ

Montgomery, City of et al.

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 14, 2026.  "[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Rivera-Aponte v. Gomez Bus Line, Inc., 62 F.4th 1, 10 (1st Cir. 2023) (quoting Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)); see also Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016) ("[P]arties who fail to file objections to a magistrate judge's report and recommendation lose their right to appellate review.").

_____
Joseph N. Laplante
United States District Judge

Date: February 17, 2026

cc: Willie Griffin, pro se